Lucy Loffredo, an Infant, by Carmela Cerasuola, Her Guardian ad Litem, Respondent, v. Carmine J. Loffredo, Appellant.— Order granting plaintiff's

motion for alimony and counsel fee, and order, as resettled, denying defendant's motion for a reargument of such motion, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.